**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **JODY LIVELY,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) Case No. 1:15cv603 |
| **VISA U.S.A., INC.,** | ) ) ) |
| **Defendant.** | ) ) ) |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Jody Lively, by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this lawsuit without prejudice.

Plaintiff Jody Lively
*By Counsel*

/s/ R. Scott Oswald
R. Scott Oswald
VSB# 41770
Kellee Boulais Kruse
VSB# 78710
The Employment Law Group, P.C.
888 17th Street, NW, 9th floor
Washington, D.C. 20006
(202) 261-2838
(202) 261-2835 (facsimile)
soswald@employmentlawgroup.com
kkruse@employmentlawgroup.com
*Counsel for the Plaintiff Jody Lively*